# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00062-CV

**Jordan Earl Smith, Appellant**

**v.**

**Jeannie Lee Garcia, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
NO. 13-1970-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jordan Earl Smith filed a notice of appeal on November 4, 2013. On April 11, 2014, the clerk of this Court sent a letter notifying Smith that the clerk's record was overdue and requesting that Smith make payment arrangements for the clerk's record and submit a status report regarding this appeal. The overdue-record notice also informed Smith that failure to make payment arrangements or respond to the Court's notice by April 21, 2014, could subject this appeal to dismissal for want of prosecution.

To date, Smith has not responded to the notice, the clerk's record in this cause has not been filed, and the district clerk has not received any payment. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:  May 2, 2014

2